JOHN F. WRIGHT, Appellant, *v.* EDWIN CURTIS, and JOSEPH BAKER, Appellees.

### APPEAL FROM IROQUOIS.

If a declaration avers that a note is made payable to the plaintiffs by the name and style of Curtis and Baker, such a note may be read in evidence, although they declared in the names of Edwin Curtis and Joseph Baker, without alleging that they were partners, or that the note was made payable in any joint character.

THIS was an action of assumpsit, brought to the Iroquois Circuit Court, where a judgment was rendered, in favor of the plaintiffs below, the appellees, on this note:

"$155.00.                          NEW YORK, October 17, 1860.

"Six months after date, I, the subscriber, of Middleport, County of Iroquois, State of Illinois, promise to pay to the order of Curtis & Baker, one hundred fifty-five dollars, at their office in New York, value received.

"JOHN F. WRIGHT."

The defendant below appealed.

The note was payable to "Curtis & Baker." The suit is in the names of "Edwin Curtis" and "Joseph Baker" as individuals. There is nothing showing that the individuals Edwin Curtis and Joseph Baker are the same persons to whom the note was made payable. There is nothing showing that the plaintiffs were partners, or in what manner they were jointly interested in the note sued upon.

C. KINNEY, and S. G. BOVIE, for Appellant.

F. BLADES, and G. B. JOINER, for Appellees.

WALKER, J. Appellees declared in the names of Edwin Curtis and Joseph Baker. The note produced and read in evidence, was payable to "Curtis & Baker." The declaration contained no averment, that plaintiffs were partners, and the note was payable to them as such, nor that it was made to them in any other joint character. When the note was produced, it did not purport to be payable to Edwin Curtis and Joseph Baker. There was, however, an averment that the note was made payable to plaintiffs by the name and style of "Curtis & Baker," and when it was produced, it fully sustained the averment. There was no variance, and the judgment of the court below is affirmed.

*Judgment affirmed.*